United States Courts
Southern District of Texas
FILED

*August 13, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.: **4:25-cr-00423** |
| | § | |
| SILENTO LEWIS | § | JUDGE |
| | § | |
| DEFENDANT. | § | |

**<u>INDICTMENT</u>**

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

<u>Title 18, United States Code, § 2119 and 2-Aiding and Abetting
Carjacking</u>

On or about June 28, 2025, in the Houston Division of the
Southern District of Texas,

SILENTO LEWIS

defendant herein, aiding and abetting others known and unknown to
the Grand Jury, with the intent to cause death and serious bodily
harm, did intentionally take a motor vehicle, namely, a Chevrolet
Silverado, that had been transported, shipped, and received in
interstate and foreign commerce, from the person and in the
presence of another, namely, Oscar Dominguez and Andres Dominguez,
by force and violence and by intimidation.

In violation of Title 18, United States Code, § 2119 and 2.

## COUNT TWO

### Title 18, United States Code, § 924(c)(1)(A) (ii)-Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about June 28, 2025, in the Houston Division of the Southern District of Texas,

SILENTO LEWIS

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Carjacking.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and 2.

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm(s), involved in violation of Title 18, United States Code, Section 924(c)and as charged in the indictment, are subject to forfeiture, including, but not limited to, the following:

1.  Purple SCCY semi-automatic pistol serial number C440263.

A TRUE BILL:

Original Signature on File
FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY:  *Jill J. Stotts*
Jill Jenkins Stotts
Assistant United States Attorney